UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES V. KIMBRO, CATHEY P. KIMBRO and JEFFREY G. KIMBRO<br><br>Plaintiffs,<br><br>v.<br><br>OFFICER ERIC TOMS, Individually, and in his official capacity; OFFICER J. SMITH, Individually, and in his official capacity; OFFICER ALLEY EVOLA, Individually, and in his official capacity; OFFICER BOB KUPCZYK, Individually, and in his official capacity; OFFICER MARCUS ALLBRIGHT, Individually, and in his official capacity; JOHN DOES; CITY OF FRANKLIN POLICE DEPARTMENT; CITY OF SPRING HILL POLICY DEPARTMENT; WILLIAMSON COUNTY JAIL; WILLIAMSON COUNTY SHERIFF'S DEPARTMENT; MR. DERRICK SMITH; MS. LISA M. CARSON; MR. MARK NOLAN; MS. KATHRYN W. OLITA; MS. KRISTEN BEREXA,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:11-cv-00049<br>Judge William J. Haynes, Jr. |

MOTION FOR LEAVE OF COURT TO FILE REPLY BRIEF TO PLAINTIFFS' RESPONSE TO MOTION TO DISMISS OF DEFENDANTS MARK NOLAN AND KATHRYN W. OLITA

COME NOW Defendants Mark Nolan and Kathryn W. Olita (hereinafter collectively "Defendants"), by and through counsel of record, Glassman, Edwards, Wyatt, Tuttle & Cox, P.C., and file this Motion for Leave of Court to File Reply Brief to Plaintiffs' Response to

Motion to Dismiss under Rule 12 of the Federal Rules of Civil Procedure. In support of this Motion, Defendants would respectfully state as follows:

1. On May 13, 2011, these Defendants filed a Motion to Dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure. See D.E. 62.

2. On June 24, 2011, Plaintiffs filed a thirty (30) page response to Defendants' Motion to Dismiss. See D.E. 103.

3. These Defendants submit that the Plaintiffs' Response Brief to these Defendants' Motion necessitates a Reply Brief in order to address the argument contained therein, which includes the standard for pleading a RICO action (and the failure of Plaintiffs to meet said standard), factual assertions required, the standard for amending a complaint, and the reason why discovery needed is irrelevant for purposes of a Rule 12 motion to dismiss.

4. Specifically, Plaintiffs in their Motion request leave of court to file an Amended Complaint via an advisory opinion from the Court, which warrants a response by these Defendants. Similarly, Plaintiffs allege discovery is needed to prove one general and conclusory allegation as to these Defendants, which further necessitates a response.

5. Pursuant to the Local Rules of this Court, "[a] reply memorandum may be filed upon leave of Court." Local Rule 7.01 to United States District Court for Middle District of Tennessee.

6. Defendants agree to limit their argument to no more than ten (10) pages in said Reply, plus the caption, signature block and certificate of service. The proposed Reply Brief is attached hereto as Exhibit A.

7. Defendants submit that the filing of a Reply will assist the Court in its determination of Defendants' Motion to Dismiss, and therefore based upon good cause shown

would respectfully request leave of court to file a Reply Brief to the Plaintiffs' Response to these Defendants' Motion to Dismiss.

Respectfully Submitted,

**GLASSMAN, EDWARDS, WYATT TUTTLE & COX, P.C.**

By: /s/ Edwin E. Wallis III
RICHARD GLASSMAN (#7815)
EDWIN WALLIS, III (#23950)
26 North Second Street
Memphis, TN 38103
(901) 527-4673
(901) 521-0940 (fax)
ewallis@gewwlaw.com
Our File: 11-158

*Attorneys for Mark Nolan and*
*Kathryn W. Olita*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. mail, first-class postage prepaid. Parties may access this filing through the Court's electronic filing system.

Caldwell Collins
Baker Donelson, Bearman,
Caldwell & Berkowitz, P.C.
211 Commerce Street
1000 Commerce Center
Nashville, TN 37201

Patrick A. Flynn
Fleming, Flynn & Sands
P.O. Box 90
207 W. Eighth Street
Columbia, TN 38402

David R. Mantooth
Leitner, Williams, Dooley, & Napolitan, PLLC
414 Union Street
Suite 1900
Nashville, TN 37219

3
Case 3:11-cv-00049   Document 114   Filed 07/06/11   Page 3 of 4 PageID #: 781

R. Dale Bay
Jason M. Bergeron
Lewis, King, Krieg & Waldrop, P.C.
424 Church St.
Suite 2500
Nashville, TN 37219

James V. Kimbro
Cathey P. Kimbro
Jeffrey G. Kimbro
1529 Macaw Court
Brentwood, TN 37027

/s/ Edwin E. Wallis III
Edwin E. Wallis III
