IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES V. KIMBRO, CATHEY P. KIMBRO, AND JEFFREY G. KIMBRO<br><br>Plaintiffs,<br><br>v.<br><br>OFFICER ERIC TOMS, et al.,<br><br>Defendants. | No. 3:11-cv-00049<br>JUDGE HAYNES |

## O R D E R

In accordance with the Memorandum filed herewith, Defendants' motions to dismiss (Docket Entry Nos. 60, 62, 63, 65, 67, 70, 108, 120) are **GRANTED**. Plaintiffs' claims are **DISMISSED with prejudice**. An appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915 (a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 16th day of September, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge